UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
**SOUTHERN DIVISION**

In re:  In Bankruptcy

**ALBERT SHAHEEN**  Case No.: 10-54039-TJT
 Chapter 7
 Honorable THOMAS J. TUCKER

_____Debtor (s)_____/

## NOTICE OF UNDER $5.00 DIVIDEND

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $4.10 represents the total sum of under $5.00 dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a). The name(s) and address(es) of the Party(ies) associated with these dividends is (are) as follows:

| CREDITOR NAME | CLAIM NO. | AMOUNT OF DIVIDEND |
|---|---|---|
| WAYNE COUNTY TREASURER<br>400 Monroe, Suite 520<br>Detroit, MI 48226 | 9 | $4.10 |

Dated: May 10, 2011

/s/ BASIL T. SIMON (P26340)____
Chapter 7 Trustee
422 W. Congress, Suite 400
Detroit, MI 48226
313/962-6400
bsimon@sszpc.com